UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
DANIELLE BITON,

                           Plaintiff,

    -against-

UNITED AIRLINES, et al.,

                           Defendants.
----------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 24 2011 ★
BROOKLYN OFFICE

NOT FOR PUBLICATION
**MEMORANDUM & ORDER**
09-cv-2831 (CBA)

**AMON, Chief United States District Judge**.

The Court has reviewed Plaintiff's Motion for Reconsideration to Reopen the Case. Finding it frivolous and completely without merit, the Motion is denied.

SO ORDERED.

Dated: Brooklyn, N.Y.
      October 24, 2011

/Signed by Chief Judge Carol B. Amon/

Carol Bagley Amon
Chief United States District Judge

copy mailed to:
Danielle Biton
P.O. Box 302
New York, NY 10013

1